JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CADE HOLLINGSWORTH, | ) | Case No. 2:25-cv-04004 DSF-AS |
|---|---|---|
| | ) | Judge Dale S. Fischer |
| Plaintiff, | ) | Magistrate Judge Alka Sagar |
| | ) | |
| vs. | ) | **ORDER TO REMAND CASE TO STATE COURT** |
| | ) | |
| DOLLAR TREE STORES, INC., and DOES 1 to 30, inclusive, | ) | Removal Filed: May 5, 2025 |
| | ) | |
| Defendants. | ) | Superior Court Complaint Filed: March 26, 2025 |
| | ) | |

The Court having reviewed the Parties' Stipulation to Remand the above-captioned action and good cause appearing, hereby ORDERS as follows:

1. The Parties' Stipulation is approved; and

2. The United States District Court, Central District of California, Case No. 2:25-cv-04004 DSF-AS captioned, *Cade Hollingsworth, an individual v. Dollar Tree Stores, Inc. and Does 1 to 30, inclusive*, is hereby remanded to the Superior Court of the State of California, County of Los Angeles.

IT IS SO ORDERED.

Dated: June 3, 2026

_____
DALE S. FISCHER
U.S. DISTRICT JUDGE